UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRAYER ENGINEERING CORPORATION, <br><br> Defendant. | Case No. 3:15-cv-04234-LB <br><br> **ORDER RE CONSENT** |
| SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRAYER ENGINEERING CORPORATION, <br><br> Defendant. | Case No. 3:16-cv-872-LB <br><br> **ORDER RE CONSENT** |

The court previously related these cases. The low-numbered complaint seeks payment of delinquent plan contributions; the high-numbered complaint is for unpaid withdrawal liability. At least as of March 10, 2016, the plaintiff had not served Trayer in the withdrawal-liability case and instead asked Trayer's counsel whether they would accept service. (ECF No. 12, Case No. 3:16-

ORDER (Nos. 3:15-cv-04234-LB, 3:16-cv-00872-LB)

1  cv-00872-LB.) Both parties have consented to the undersigned's jurisdiction in the delinquent-
2  contributions case, and there is a pending motion to dismiss two of Trayer's three counterclaims.
3      The court asks for an update about service in the withdrawal-liability case. Given the pending
4  motion in the related case, the court thinks it important to resolve the issue of its jurisdiction in
5  both cases. Also, given the nature of the dispute, it might make sense to get both cases on a joint
6  case-management track. The court thus asks the parties to confer about service, see if they can't
7  work out a reasonable compromise about service and the time to answer the complaint, and update
8  the court by Thursday, April 7. The court asks the parties to address the issue of Trayer's consent
9  in the withdrawal-liability case and attaches the court's form consent order.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
LAUREL BEELER
United States Magistrate Judge